In the Matter of the Claim of JOSEPH MARVIN, Appellant, against NEW YORK STATE RAILWAYS, Respondent. STATE INDUSTRIAL BOARD, Respondent.— Decision unanimously affirmed.

In the Matter of the Claim of JAMES COSTELLO, Respondent, against NIAGARA SPRAYER & CHEMICAL Co., INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied.

In the Matter of the Claim of MOLLIE P. WYCHE, Respondent, against MASON & HANGER Co., INC., Appellant. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied.

In the Matter of the Claim of FRANCIS M. SMITH, Respondent, against AEROVANE UTILITIES CORPORATION and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim dismissed, for want of jurisdiction, with costs against the State Industrial Board (*Matter of Cameron* v. *Ellis Construction Co.*, 252 N. Y. 394; *Matter of Copeland* v. *Foundation Co.*, 231 App. Div. 781; revd., 256 N. Y. 568); and because the employee when injured was not in the course of his employment. (*Schultz* v. *Beaver Products Co., Inc.*, 223 App. Div. 582; affd., 250 N. Y. 565; *Matter of Parisi* v. *Whitmore, Rauber & Vicinus*, 230 App. Div. 140.) All concur, except Hill, J., who dissents and votes to affirm.

In the Matter of the Claim of MARY GORDON, Respondent, against MANNIE WALKER, Doing Business as HARRY & MANNIE, Respondent; ÆTNA LIFE INSURANCE COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs to the claimant against the insurance carrier.

In the Matter of the Claim of WINIFRED M. RICHTER, Respondent, against THE MORISON ELECTRICAL SUPPLY Co. and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied.

In the Matter of the Claim of FRANCESCA DI GIOVANNI, Respondent, against GENERAL RAILWAY SIGNAL COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied.

In the Matter of the Claim of HENRY WACKER, Respondent, against CHARLES F. MELVILLE and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of MATHIAS GREGORITSCH, Respondent, against SHEFFIELD FARMS COMPANY, INC., Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of CHARLES A. WHITE, as Administrator, etc., of ANIELA POLOWSKI, Widow of STANLEY POLOWSKI, on Account of the Death of STANLEY POLOWSKI, Appellant, against DONNER STEEL COMPANY, INC., Respondent. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied.

In the Matter of the Claim of JOSEPH HOGAN, Respondent, against GLOBE CORK INSULATION COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs to the claimant against the employer and the insurance carrier.